AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DANIEL PEREIRA TETZNER

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03-1752CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 10, 2003__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

was found in the United States, having previously been deported from the United States, and having not received the express permission of the Attorney General of the United States to reapply for admission

in violation of Title __8__ United States Code, Section(s) __1326(a)(2)__.

I further state that I am a(n) __special agent, I.C.E.__ and that this complaint is based on the following facts:
Official Title

see attached affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
RICHARD M. DEASY

Sworn to before me and subscribed in my presence,

09-24-2003     at _____
Date

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.