## AFFIDAVIT

I, Richard M. Deasy, do hereby depose and state:

1. I am a Special Agent, United States Bureau of Immigration and Customs Enforcement ("ICE"), formally known as the Immigration and Naturalization Service ("INS").[1] I have been employed as a special agent for approximately eleven years. I am currently assigned to the Federal Bureau of Investigation ("FBI"), Joint Terrorism Task Force in Boston, Massachusetts.

2. I hereby make this affidavit in support of a complaint and arrest warrant against Daniel Pereira TETZNER, also known as Daniel LNU, who, there is probable cause to believe, is present in the United States without permission of the Attorney General, after having been arrested and deported, in violation of Title 8, United States Code, Section 1326(a)(2).

3. The facts and circumstances which are detailed in this affidavit are familiar to me through my direct participation in this investigation and as related to me by other law enforcement officers pertaining to this investigation. Since this affidavit is being

---

[1] Prior to March 1, 2003, the effective date of the Homeland Security Act of 2002 (116 Stat. 2135; Pub. L. 107-296; codified at 6 U.S.C. § 101 et seq.), United States immigration laws were enforced under the authority of the Attorney General of the United States, through the Commissioner of the INS. As of March 1, 2003, the INS was abolished. 6 U.S.C. § 291. Administration and enforcement of the Immigration and Naturalization Act have been transferred to the Secretary of Homeland Security. 6 U.S.C. § 236(b)(1); 8 U.S.C. §1103(a)(1). "[A]ny reference in any other Federal law to any department, commission, or agency or any other officer or office the functions of which are so transferred shall be deemed to refer to the Secretary [of Homeland Security], or other official, or component of the Department [of Homeland Security] to which such function is so transfered." 6 U.S.C. § 557.

submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation, but only those facts necessary to establish the requisite probable cause.

4. From in or about July, 2003 to the present, your affiant, along with Special Agent Nicholas B. Boshears from the FBI, have investigated TETZNER and his role in an ongoing criminal investigation involving counterfeit document vending and alien smuggling. In early September 2003, your affiant learned from an INS record checks that TETZNER was present in the United States after having been previously deported.

5. On September 10, 2003, your affiant was informed by FBI Special Agents Russell E. Chisholm and Edmond Cronin that TEZTNER had been arrested in the vicinity of 71 Floyd Street, Everett, Massachusetts. The agents were at that location in conjunction with the execution of arrest warrants authorized along with with a criminal complaint issued by this Court on September 9, 2003. See United States v. Eder Coelho et al., M.J. No. 03-1727-CBS. On September 10, 2003, the agents observed TETZNER and another individual arrive at 71 Floyd Street in a motor vehicle. Prior investigation had determined that 71 Floyd Street was an address which had been associated with Eder Coelho and Abrao Oliveira and their associates since August 26, 2003. Through the investigation, the agents were also aware that TETZNER was an associate of Abrao Oliveira and Eder Coelho. The agents observed the motor vehicle, specifically, a silver Dodge Stratus bearing Massachusetts license plate 3201 RL. According to the Massachusetts Registry of Motor Vehicles, that vehicle and plate number are registered to Daniel TETZNER.

-2-

6. After the agents stopped the vehicle for preliminary questioning, the driver produced identification stating he was Daniel TETZNER, with his year of birth listed as 1980. After notifying ICE of the situation, FBI agents arrested TETZNER pursuant to their immigration arrest authority granted by the Attorney General of the United States in a "Delegation Of Authority To The Federal Bureau of Investigation To Exercise The Powers And Duties Of Immigration Officers," dated December 18, 2002.[2] TETZNER is currently in the custody of the Department of Homeland Security at the Suffolk County Correctional Facility, located at South Bay, in Boston, Massachusetts.

7. Subsequent to TETZNER's arrest, he was booked and processed by ICE Special Agent Garland R. Arnold. During booking procedures, TETZNER's wallet was found to contain numerous identity documents in the name of Daniel Pereira TETZNER, listing the same date of birth in 1980 as that referred to above in paragraph 5. Also included were two Brazilian national identification documents in the name of Daniel Pereira TETZNER.

8. I have reviewed the INS file of Daniel Pereira TETZNER (File Number A76 706 426). This file reflects that TETZNER is a native and citizen of Brazil who was first apprehended by the United States Border Patrol ("USBP") on or about March 4, 2001, trying to illegally enter the United States without inspection. As such, his entry into the

---

[2]    Completed administrative actions of an agency, the functions of which were subsequently transferred to the Department of Homeland Security, including Orders such as the Attorney General's delegation of authority set forth above, are deemed to be "completed administrative actions," the validity of which were not affected by the enactment of the Homeland Security Act. Such orders "continue in effect according to their terms until amended, modified, superseded, terminated, set aside, or revoked in accordance with law by an officer of the United States or a court of competent jurisdiction, or by operation of law." 6 U.S.C. § 552(a).

United States was illegal pursuant to section 212(a)(6)(A)(i) of the Immigration and

Nationality Act, codified at 8 U.S.C. § 1182(a)(6(A)(i). This file also reflects that

TETZNER was ordered removed/deported on April 24, 2001 by an Immigration Judge in

El Centro, CA , and a Warrant of Removal/Deportation was executed that day. A copy

of the Warrant of Removal/Deportation is attached hereto at Tab 1. On May 10, 2001,

TETZNER was removed/deported from the United States to Brazil on United Airlines

Flight No. 4177 from Los Angeles, CA to Sao Paulo, Brazil, as witnessed by an INS

Detention Officer.

9. My review of Tetzner's INS file reveals no evidence that TETZNER has been

granted permission by the Attorney General of the United States, or any authorized

designee, to reapply for admission into the United States; nor has the Attorney General

authorized any application by TETZNER for the admission from any foreign contiguous

territory.

10. On September 10, 2003, while being booked at ICE in Boston, Massachusetts,

TETZNER was fingerprinted by Special Agent Garland Arnold. A check of the

Department of Homeland Security, Biometric Identification System indicated that the

right fingerprint image taken after TETZNER's arrest on September 10, 2003 matched

the right fingerprint taken on March 6, 2001 by the USBP when TETZNER was

previously booked, processed, and subsequently deported/removed.

11. On September 22, 2003, your affiant conducted a query and review of the

automated National Crime Information Center ("NCIC") database maintained by the FBI.

This query indicated that TETZNER had a previous record under NCIC number

(533749RB9) and that file indicated that TETZNER was previously arrested and placed

-4-

into removal proceedings on March 6, 2001 by the USBP in Chula Vista, California. The

NCIC records also indicated that on September 10, 2003, TETZNER was arrested and

charged with illegal reentry. From my training and experience, I am aware that arrest

fingerprint booking fingerprint cards are now sent through the Automated Fingerprint

Identification System by ICE. I am further aware that the FBI has concluded that the

prints belonging to TETZNER from the March 6, 2001 arrest are the same as on the

arrest booking from September 10, 2003.

12. Based on the foregoing, there is probable cause to believe that, on or about

September 10, 2003, Daniel Pereira TETZNER, also known as Daniel LNU, is an alien

who had previously been arrested, order deported and deported, was found in the United

States, without permission of the Attorney General, in violation of Title 8, U.S.C. Section

1326 (a)(2).

_____
Richard M. Deasy
Special Agent
Immigration and Customs Enforcement


Subscribed and sworn to before
me this 24th day of September 2003
At Boston, Massachusetts

_____
CHARLES B. SWARTWOOD, III
United States Magistrate Judge

-5-

# TAB 1

U.S. Department of Justice
Immigration and Naturalization Service

*ECC/DDP*

**Warrant of Removal / Deportation**

File No.: _____ **A 76 706 426** _____

Date: _____ **April 24, 2001** _____

**To any officer of the Immigration and Naturalization Service:**

_____ **TETZNER, DANIEL PEREIRA** _____
(Full name of alien)

who entered the United States at _____ **TECATE, CALIFORNIA** _____ on _____ **03/04/2001** _____
(Place of entry)                                              (Date)

is subject to removal / deportation from the United States, based upon a final order by:

☑ an immigration judge in exclusion, deportation, or removal proceedings

☐ a district director or a district director's designated official

☐ the Board of Immigration Appeals

☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

**Section 212(a)(6)(A)(i) of the Immigration and Nationality Act.**

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of the Appropriation, "Salaries and Expenses" Immigration and Naturalization Service, including the expense of an attendant, if necessary.

_____ *Adele P.* _____
(Signature of authorized INS official)

_____ **District Director, San Diego, California** _____
(Title of INS official)

_____ **April 24, 2001** _____ _____ **El Centro, Ca.** _____
(Date and office location)

Form I-205 (Rev. 4-1-97)N

To be completed by Service officer executing the warrant:

Name of alien being removed:

### TETZNER, DANIEL PEREIRA

Port, date, and manner of removal : *LAX   5-10-01   VARIG FLT. 8841*



Photograph of alien
removed



Right index fingerprint
of alien removed

_(Signature of alien being fingerprinted)_

_(Signature and title of INS official taking fingerprint)_

Departure witnessed by: _____ *LA355 /DEO*
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

If self - removal (self - deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____ *LA355 /DEO*
(Signature and title of INS official)

Form I-205 (Rev. 4-1-97)N