AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DANIEL PEREIRA TETZNER

**WARRANT FOR ARREST**

CASE NUMBER: 03-1752 CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DANIEL PEREIRA TETZNER___
                                         Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
illegal re-entry of a previously-deported alien

in violation of
Title ___8___ United States Code, Section(s) ___1326(a)(2)___

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

09-24-2003    BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ WARRANT EXECUTED BY ___ BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON  7/25/03 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.