# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES

v.     Case No. M.J. No. 03- 1752CBS

DANIEL PEREIRA TETZNER

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

[X] Ad Prosequendum      [ ] Ad Testificandum.

Name of Detainee: DANIEL PEREIRA TETZNER

Detained at (custodian): Bureau of Immigration and Customs Enforcement.

Detainee is:  a.)  [X] charged in this district by:

[ ] Indictment     [ ] Information     [X] Complaint

or  b.)  [ ] a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  [ ] return to the custody of detaining facility upon termination of proceedings

or  b.)  [X] be retained in federal custody until final disposition of federal charges

Appearance is necessary for the purpose of an Initial Appearance on September 25, 2003 at 10 a.m. in courtroom number 16 on the 5th floor before the Honorable Charles B. Swartwood, III, United States Magistrate Judge.

Attorney of Record for:
The United States
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____

Date: September 24, 2003

GREGORY MOFFATT
Assistant U.S. Attorney
617-748-3370

## WRIT OF HABEAS CORPUS

[X] Ad Prosequendum      [ ] Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 9-24-03

CHARLES B. SWARTWOOD
United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | DANIEL PEREIRA TETZNER | Male ☒ | Female ☐ |
| Booking or Fed. Reg. #: | Alien No. A76 706 426 | DOB: | 5/10/1980 |
| Facility Address: | South Bay Correctional Facility/I.C.E. | Race: | Cauc./Hisp. |
| | Boston, MA | FBI #: | 533749RB9 |
| Facility Phone: | (617)989-6621 (phone); (617)989-6635 | | |
| Currently Incarcerated For: | Immigration violations | | |

**RETURN OF SERVICE**

Executed on _____ by _____

(Tetzner.Habeas.wpd - 2/23/98)