AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DANIEL PEREIRA TETZNER

## WARRANT FOR ARREST

CASE NUMBER: 03-1752CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DANIEL PEREIRA TETZNER**
Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)
illegal re-entry of a previously-deported alien

in violation of Title **8** United States Code, Section(s) **1326(a)(2)**

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

09-24-2003   BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ WARRANT EXECUTED BY ENS BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9/25/03 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.