## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: Charles B. Swartwood, III

Courtroom Clerk: Roland

Case: USA v. Daniel Pereira Tetzner

AUSA: Moffatt

PTSO/PO: Cronin

Date: September 25, 2003

Tape Number: 03- 60   Time In Court: 15 min

Case Number: 03-1752 CBS

Defense Counsel: Weinstein

Interpreter: Vino Andrade   Language: Portuguese

## TYPE OF HEARING

[X] **Initial Appearance**
[X] Arrested: ON WARRANT (Already in State Custody)
[ ] Defendant Sworn
[X] Advised of Charges
[X] Advised of Rights
[X] Requests Appointment of Counsel
[ ] Has Retained Counsel
[X] Court Orders Counsel be Appointed
[ ] Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts _____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing** (Revocation Hearing)
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain in full force
[ ] Defendant Released on _____ with Conditions

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

P/C & Detention Hearing   set for _____ at _____

## REMARKS

Case called, Counsel appear for Initial Appearance, Govt seeks detention and continuance, Case continued for P/C and Detention, Dft remanded to the custody of the US Marshal