UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**DANIEL P. TETZNER,** )<br>)<br>   **Defendant.** ) | M.B.D. No. 03-<br><br>03mj01725 CBS |

## JOINT MOTION TO EXCLUDE TIME

Defendant Daniel P. Tetzner is currently charged by way of complaint with being an alien found in the United States having been previously deported and not having received the express permission of the U.S. Attorney General to reenter, in violation of 8 U.S.C. § 1326(a)(2). The complaint is captioned <u>United States v. Daniel P. Tetzner</u>, M.J. No. 03-1752-CBS. Defendant was arrested and had an initial appearance before the Court (Swartwood, U.S.M.J.), and the government moved for his detention under 18 U.S.C. § 3142(f)(2)(A). The Court entered an Order of Detention on October 3, 2003.

Pursuant to 18 U.S.C. § 3161(b), the government is required to obtain an indictment by November 2, 2000.

The parties are engaged in discussions in an effort to resolve these criminal proceedings by agreement of the parties. In so doing, the parties seek an extension of twenty-four (24) days, to November 26, 2003, during which the government is required to seek an indictment pursuant to 18 U.S.C. § 3161(b).

-1-

It is hoped that the additional time requested will permit the parties to reach such an agreement before the government is required to or inclined to seek an indictment.

Herein, both parties move, under 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the twenty-four (24) day period from November 3, 2003 to November 26, 2003 in computing the time within which an information or an indictment must be filed under 18 U.S.C. §3161(b).

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| DANIEL P. TETZNER, | MICHAEL J. SULLIVAN |
| By his attorney | United States Attorney |

By: 

ELLIOT M. WEINSTEIN, ESQ.
228 Lewis Wharf
Boston, MA 02110
(617)367-9334

GREGORY MOFFATT
Assistant U.S. Attorney
(617)748-3370

Date: October 30, 2003