UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 03-10359-MLW |
| ) | |
| v. ) | VIOLATION: |
| ) | 8 U.S.C. § 1326(a) |
| DANIEL PEREIRA TETZNER, ) | (Illegal Re-entry of |
| ) | Deported Alien) |
| Defendant. ) | |

**INFORMATION**

<u>COUNT ONE</u>:  **8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien**

The United States Attorney charges that:

On or about September 10, 2003, at Everett, in the District of Massachusetts,

DANIEL PEREIRA TETZNER,

defendant herein, being an alien and having been previously excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
GREGORY MOFFATT
Assistant U.S. Attorney
(617) 748-3370

DATED:    November 24, 2003