UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.              )<br>)<br>DANIEL PEREIRA TETZNER, )<br>)<br>Defendant.       ) | CRIMINAL NO. 03-10359-MLW<br><br>VIOLATION:<br>8 U.S.C. § 1326(a)<br>(Illegal Re-entry of<br>Deported Alien) |

## SUPERSEDING INFORMATION

**COUNT ONE**: **8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien**

The United States Attorney charges that:

On or about September 10, 2003, at Everett, in the District of Massachusetts,

DANIEL PEREIRA TETZNER,

defendant herein, being an alien and having been previously excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections

1326(a)(3) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                       By: _____
                                                GREGORY MOFFATT
                                                Assistant U.S. Attorney
                                                (617) 748-3370

DATED:    December 19, 2003