UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 03-10359-MLW** |
| V. | |
| **DANIEL PEREIRA TETZNER** | |
| Defendant(s) | |

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a Change of Plea/Sentencing Hearing on **February 3, 2004** at 11:30 P.M. before Judge Wolf in Courtroom # **10** on the **5**th floor.

TONY ANASTAS
CLERK OF COURT

| | |
|---|---|
| **January 27, 2004** | By: **/s/ Dennis O'Leary** |
| Date | Deputy Clerk |

**Notice to:**
(crim-notice.wpd - 7/99)                                      [ntchrgcnf.]
                                                                              [kntchrgcnf.]