UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>DANIEL PEREIRA TETZNER      )<br>_____) | Criminal No. 03-10359-MLW |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices his appearance in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL D. RICCIUTI
Assistant U.S. Attorney
617-748-3235

DATED: January 27, 2004

## Certificate of Service

I hereby certify that I have provided a copy of the attached document to counsel for Defendant, Elliot M. Weinstein, Esq., 228 Lewis Wharf, Boston, MA, 02110, by first class mail, this 27th day of January, 2004.

_____
MICHAEL D. RICCIUTI