UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR03-10359

| United States of America | Daniel Tetzner |
|---|---|
| PLAINTIFF | DEFENDANT |
| Michael Riccuiti | Elliot Weinstein |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf        CLERK  O'Leary        REPORTER  Twomey

## CLERK'S NOTES

| DATES: | Change of Plea/Sentencing Hearing |
|---|---|
| 02/03/04 | Portuguese interpreter was not secured for today's hearing. Court has questions for counsel regarding the appropriateness of the request by the parties for a plea and sentence to time served. Court suspends the hearing until 4:30 this afternoon. Court resumes in the afternoon. Interpreter Claudia Dutra sworn in. Waiver of indictment filed in court. Government withdraws its request that the court issue an order of deportation as part of the sentence. Defendant is sworn. Waiver of indictment colloquy given. Defendant waives indictment and proceeds on the information. Court accepts the defendant's waiver of indictment. Plea colloquy given. Government states the maximum penalties as 2 years custody, 1 year supervised release, $250,000.00 fine and $100.00 special assessment fee. Court resume the plea colloquy. Government recites the facts it would prove had the case gone to trial. Defendant pleads guilty. Court directs the clerk to enter the same. Court now moves to the sentencing. Parties waive the pre-sentence investigation and report. Court adopts the stipulated facts as set forth in the government's sentencing memorandum docket no. 13. Guidelines are as follows: TOL 6, CH I, 0-6 months custody, 12 months supervised release, $100.00 special assessment fee. Government recommends a sentence of time served followed by 12 months supervised release, no fine and $100.00 special assessment fee. Defendant concurs with the government's recommendation. Formal sentencing: time served followed by 12 months supervised release on the standard conditions plus if ordered deported than must leave promptly and not return without express permission of secretary of homeland security and $100.00 special assessment fee. Defendant advised of his right to appeal and to counsel. Government files motion to dismiss original information in court - Allowed by the court |