(Rev. 6/90)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL NO. 03 - 10359

Danuel P. Tetenor
Defendant

MEMORANDUM OF SENTENCING HEARING
AND
REPORT OF STATEMENT OF REASONS

Woy D.J.

Counsel and the defendant were present for sentencing hearing on 2/3/04. The matters set forth were reviewed and considered. The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as set forth herein, were stated in open court.

1.   Was the presentence investigation report (PSI) reviewed by counsel and defendant including any additional materials received concerning sentencing?   ___Yes ___No

2.(a)   Was information withheld pursuant to FRCrP 32(c)(3)(A)?   ___Yes ___No

(b)   If yes to (a), has summary been provided by the court pursuant to FRCrP 32(c)(3)(B)?   ___Yes ___No

3.(a)   Were all factual statements contained in the PSI adopted without objection?   ___Yes ___No

(b)   If no to (a) the PSI was adopted in part with the exception of the following factual issues in dispute:

PSR was waived pursuant to F.R.Cr.P 32(c)(4)(A)(ii) and the facts were as stipulated in the Joint Sentency Memo.

(c)   Disputed issues have been resolved as follows after ___evidentiary hearing, ___further submissions and/or ___arguments:

[kmemsen.]

4.(a)     Are any legal issues in dispute?        ___Yes ___No

        If yes, describe disputed issues and their resolution:

5.(a)     Is there any dispute as to guideline applications (such as offense level, criminal history category, fine or restitution) as stated in the PSI?        ___Yes ___No

        If yes, describe disputed areas and their resolution:

(b)     Tentative findings as to applicable guidelines are:

        Total Offense Level: __6__

        Criminal History Category: __I__

        __0__ to __6__ months imprisonment

        _____ to __12__ months supervised release

        $__—__ to $__—__ fine (plus $_____ cost of imprisonment/supervision)

        $_____ restitution

        $__100__ special assessment ($_____ on each of _____ counts )

6.(a)     Are there any legal objections to tentative findings?        ___Yes ✓No

(b)     If no, findings are adopted by the Court.

(c)     If yes, describe objections and how they were addressed:

        OR sentence hearing is continued to _____
to allow for preparation of oral argument or filing of written submissions by _____.

7.(a)   Remarks by counsel for defendant.[1]                              ✓Yes ___No

  (b)   Defendant speaks on own behalf.                                   ___Yes ✓No

  (c)   Remarks by counsel for government.                                ✓Yes ___No

8.(a)   The sentence will be imposed in accordance with the prescribed forms in the Bench Book Sec. 5.02 as follows:

  __Time Saved__ months imprisonment

  _____ months/intermittent community confinement

  _____ months probation

  _____12_____ months supervised release *

  $_____0_____ fine (including cost of imprisonment/supervision)

  $_____ restitution

  $_____100_____ special assessment ($_____ on each of counts _____)

  Other provisions of sentence: (community service, forfeiture, etc.)

  * When deported leave US promptly & not return without the express consent of the Sec. of Homeland Security

(b) ✓   After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

[1] The order of argument and/or recommendations and allocution may be altered to accord with the Court's practice.

9. Statement of reasons for imposing sentence.
Check appropriate space.

(a) ✓ Sentence is within the guideline range and that range does not exceed 24 months and the Court finds no reason to depart from the sentence called for by application of the guidelines.

OR __ Sentence is within the guideline range and that range exceeds 24 months and the reasons for imposing the selected sentence are:

(b) __ Sentence departs from the guideline range as a result of

__ substantial cooperation upon motion of the government

OR

__ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

(c) __ Is restitution applicable in this case?                    __Yes  ✓No

Is full restitution imposed?                                        __Yes  __No

If no, less than full restitution is imposed for the following reasons:


| | | | |
|---|---|---|---|
| (d) | Is a fine applicable in this case? | | ✓ Yes __ No |

(d)__  Is a fine applicable in this case?                                               ✓ Yes ✓ No

Is the fine within the guidelines imposed?                                               __ Yes ✓ No

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

✓ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; or

___ Imposition of a fine would unduly burden the defendant's dependants; or

___ Other reasons as follows:

10.  Was a plea agreement submitted in this case?                                        ✓ Yes __ No

Check appropriate space:

___ The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

___ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that is within the applicable guideline range.

___ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).

11.  Suggestions for guideline revisions resulting from this case are submitted by an attachment to this report.                                          ___ Yes ___ No

12.  The PSI is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

13.  Judgment will be prepared by the clerk in accordance with above.

14.  The clerk will provide this Memorandum of Sentencing Hearing And Report of Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_FEB. 3, 2004_                                                              _[signature]_
DATE                                                                         UNITED STATES DISTRICT JUDGE

(State of Reasons Memo.wpd - 09/96) mlw 9/02                                            [kmemsen.]