2504
Kim

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
UNITED STATES OF AMERICA            )
                                    )
v.                                  )    Criminal No.  03-10359-MLW
                                    )
DANIEL PEREIRA TETZNER              )
                                    )
```

**<u>WAIVER OF INDICTMENT</u>**

I, Daniel Pereira Tetzner, the above-named defendant, who is accused of being a previously-deported alien who was found in the United States on September 10, 2003 without first having received the express permission of the United States Attorney General, in violation of 8 U.S.C. § 1326(a), being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
DANIEL PEREIRA TETZNER

_____
ELLIOT M. WEINSTEIN, ESQ.

Date:    February 3, 2004

ALLOWED IN OPEN COURT:

_____
MARK L. WOLF
UNITED STATES DISTRICT JUDGE