Filed in Court
One

SCANNED
DATE: 2.5.04
KM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )      Criminal No.  03-10359-MLW
                              )
DANIEL PEREIRA TETZNER        )
                              )
```

## GOVERNMENT"S DISMISSAL OF ORIGINAL INFORMATION

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the original Information filed against Defendant Daniel Pereira Tetzner on November 24, 2003.  As grounds therefor, the government states as follows:

1.  On December 19, 2003, the government filed a Superseding Information which clarified that, as of March 1, 2003, the Secretary of Homeland Security Defendant succeeded to the authority previously held by the United States Attorney General to permit previously-deported persons to re-enter the United States.  6 U.S.C. §§ 202(3) and (4); 557.

2.  On February 3, 2004, Defendant pleaded guilty to Count I of the Superseding Information charging him with being a previously deported alien found within the United States without permission.  8 U.S.C. § 1326(a)(2).  Defendant was sentenced on that charge on the same day.

3.  Given the Court's acceptance of the tendered guilty plea, the dismissal of the Superseding Indictment is in the

AL

interests of justice.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN

                  By:      _James B Farmer_____

                         JAMES B. FARMER
                         Assistant U.S. Attorney
                         Chief, Criminal Division

Dated: February 3, 2004

Leave to File Granted:

_Mark L. Wolf_
MARK L. WOLF, Judge
United States District Court

DATE, February 3, 2004

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that I have this day served upon defendant's counsel,, a copy of the foregoing document, by hard delivery, this 3rd day of February 2004.

                                MICHAEL D. RICCIUTI
                                Assistant U.S. Attorney